**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION**

FLEXI-VAN LEASING, LLC,

          Plaintiff,

vs.

COWAN INTERMODAL GROUP, LLC,

          Defendant.

Case No. 1:26-cv-02473

## ORDER

Upon consideration of the Consent Motion to Remand and the accompanying memorandum of law, and given that Plaintiff Flexi-Van Leasing, LLC and Defendant Cowan Intermodal Group, LLC are each citizens of the State of Delaware for purposes of 28 U.S.C. § 1332, such that complete diversity of citizenship is lacking and this Court is without subject matter jurisdiction over this action, it is this __1st__ day of __July__, 2026, hereby

**ORDERED** that the Consent Motion to Remand is **GRANTED**; and it is further

**ORDERED** that this action is **REMANDED** to the Circuit Court for Baltimore County, Maryland, pursuant to 28 U.S.C. § 1447(c); and it is further

**ORDERED** that the Clerk shall mail a certified copy of this Order to the Clerk of the Circuit Court for Baltimore County, Maryland, as required by 28 U.S.C. § 1447(c); and it is further

**ORDERED** that the Clerk shall **CLOSE** this case.

_____/s/_____

The Honorable Richard D. Bennett
United States District Judge