

# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
### OFFICE OF THE CLERK

Catherine M. Stavlas, Clerk of Court

Reply to Northern Division Address                    David E. Ciambruschini, Chief Deputy

July 1, 2026

Circuit Court for Baltimore County
401 Bosley Ave
Towson, MD 21204

      RE:    Flexi-Van Leasing, LLC v. Cowan Intermodal Group, LLC
              Civil Action No. 1:26-cv-02473-RDB
              C-03-CV-26-002307

Dear Clerk:

On July 1, 2026, the Honorable Richard D. Bennett signed an order remanding the above-entitled case to your Court.  Enclosed is a certified copy of the order, together with a certified copy of the docket entries.  We have discontinued our previous practice of sending the state court original papers which were filed in this Court.  Should you need certified copies of any papers you may contact the Deputy Clerk below.

Kindly acknowledge receipt of the enclosed on the duplicate copy of this letter.

Thank you for your cooperation in this matter.

Sincerely,

Catherine M. Stavlas, Clerk

By:         O. Lewis
             Deputy Clerk

Enclosures

ACKNOWLEDGED RECEIPT THIS Date. DAY OF Month. 20Year..

Remand Letter to Court (Rev. 9/4/2001)

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

**Visit the U.S. District Court's Website at www.mdd.uscourts.gov**